IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOREEN WOODWARD, Individually and as Administrator of the Estate of John David Woodward, Jr., deceased, and as Parent and Natural Guardian of E.W., a Minor | : : : : : | CIVIL ACTION |
| v. | : : | |
| CHRISTOPHER BASHORE, Individually and in his Capacity as West Goshen Township Manager, WEST GOSHEN TOWNSHIP, and WEST GOSHEN TOWNSHIP BOARD OF SUPERVISORS | : : : : : | NO. 23-5126 |

## ORDER

**NOW,** this 11th day of February, 2025, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 28), the plaintiff's response, the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that judgment is **ENTERED** in favor of the defendants Christopher Bashore, West Goshen Township, and West Goshen Township Board of Supervisors, and against the plaintiff Doreen Woodward.

/s/ Timothy J. Savage
_____
TIMOTHY J. SAVAGE, J.